## STEWARD V. BREWSTER AND BOARDMAN.

Where two are joined in a *scire facias* which could not be joined, and are acquitted, the court will allow to each his full cost.

SCIRE FACIAS, declaring that he recovered a judgment against Jonathan Boardman, an absent absconding debtor, for £83; that the defendants were severally served with a copy in said suit, as agents, factors, debtors, etc. to said Jonathan Boardman, and that they had his effects in their hands at the time said copies were left in service.

No exception was taken to the defendants being joined in said *scire facias*, and the cause was heard upon the merits; and judgment for the defendants to recover their cost; and cost was taxed in favor of each defendant, his travel, attendance, witnesses and what he paid for court fees, upon the principle that the plaintiff's challenge upon them was several and not joint.